**FILED**
CLERK, U.S. DISTRICT COURT
3/27/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_vmun\_\_\_\_\_ DEPUTY

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
International Narcotics, Money Laundering,
and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>IVAN JACOBO IDROBO ARREDONDO, *et al.*<br><br>        Defendant. | CR 2:24-cr-00203-MCS<br><br>ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

3/27/2024                                          /s/ Charles F. Eick
DATE                                               HONORABLE
                                                   UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                                           HONORABLE
                                                    UNITED STATES MAGISTRATE JUDGE